IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERTO HERNANDEZ**, individually and on behalf of all other similarly situated individuals,<br><br>             Plaintiff,<br><br>v.<br><br>**DFA DAIRY BRANDS ICE CREAM, LLC**,<br><br>             Defendant. | Case No.: 3:23-cv-10139-MGM |

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPOINTMENT OF CLASS REPRESENATATIVE AND CLASS COUNSEL, AND CERTIFICATION OF SETTLEMENT CLASS**

AND NOW, this 26 day of Dec, 2023, upon consideration of the Parties' Joint Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiffs' Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e);

2. For settlement purposes, the Court preliminarily certifies the following Settlement Class as a class action pursuant to Fed. R. Civ. P. 23(a) pending final approval of the settlement:

> All current and former hour/non-exempt Production (i.e., Receiving, Mixing and Filling), Warehouse, Cooler, Maintenance and Laboratory employees of Defendant, DFA Dairy Brands, LLC, who worked at Dairy Brands' Friendly's Ice Cream manufacturing plant located at 1855 Boston Road, Town of Wilbraham, County of Hampden, Massachusetts 01095 during the period of May 1, 2020 through November 5, 2023.

3. Plaintiff Roberto Hernandez is preliminarily approved as Class Representative of the Settlement Class;

4. Sommers Schwartz, P.C. and Steffans Legal PLLC are preliminarily approved as

Class Counsel for the Settlement Class;

5. Atticus Administration, LLC, is preliminarily approved as Settlement Administrator.

6. The Massachusetts IOLTA Committee is preliminarily approved as the *cy pres* recipient of any settlement proceeds that are not negotiated within the time periods set forth in the Settlement Agreement;

7. The Court approves the Notice of Settlement, attached as Exhibit C to the Motion for Preliminary Approval, and finds that the proposed method of disseminating the Settlement Notice meets the requirements of due process and is the best notice practicable under the circumstances, and authorizes dissemination of the Notice to members of the Settlement Class; and

8. The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Defendant to Provide Settlement Administrator with Class Information | Within fourteen (14) days after the Court's Preliminary Approval Order |
| Notice Sent by Settlement Administrator | Within twenty (20) days after the Court's Preliminary Approval Order |
| Deadline to Postmark Objections or Opt-out forms ("Objection/Opt-out Deadline") | Forty-five (45) days after the Settlement Notice is initially mailed |
| Motion for Final Approval of Settlement | Within fourteen (14) days after Objection/Opt-out Deadline |
| Final Approval Hearing | At the Court's convenience, no earlier than twenty-eight (28) days after Objection/Opt-out Deadline |

The Final Approval hearing is hereby set for ___May 30, 2024___ at __1:00__ ~~a.m.~~/p.m. in the United States Courthouse, 300 State Street, Suite 120, Springfield, Massachusetts 01105.

Date: __12/26/23__                                    _____
                                                      Honorable Mark G. Mastroianni
                                                      United States District Judge

2