IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERTO HERNANDEZ**, individually and on behalf of all other similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>**DFA DAIRY BRANDS ICE CREAM, LLC**,<br><br>   Defendant. | Case No.: 3:23-cv-10139-MGM<br><br>Honorable Mark G. Mastroianni |

**PARTIES' JOINT MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

  The action was brought by the Plaintiff Roberto Hernandez (the "Plaintiff" or "Named Plaintiff") against Defendant DFA Dairy Brands Ice Cream, LLC (the "Defendant") on behalf of himself and on behalf of all other similarly situated individuals, (collectively, "Class" or "Class Members") who worked for Defendant at its' Wilbraham, Massachusetts facility. Defendant has denied all wrongdoing and liability to Plaintiff and the Class Members, and has defended the lawsuit vigorously.

  The parties have reached an agreement to settle this action on a class-wide basis (Settlement Agreement attached as Exhibit 2 to the Memorandum of Law in Support). The proposed settlement is a fair result for the class and will allow the class to avoid the delay and uncertainty of further litigation.

  The Plaintiff and Defendant, for the reasons set forth in their memorandum, respectfully request that this Court grant final approval of the settlement, enter the proposed Order Approving Class Action Settlement (Proposed Order attached as Exhibit 1 to the Memorandum of Law in Support), dismiss this case with prejudice and grant any other relief as the Court deems just.

Date:  March 25, 2024

| | |
|---|---|
| Respectfully Submitted,<br><br>/s/ Kevin J. Stoops<br>Kevin J. Stoops (admitted *Pro Hac Vice*)<br>Jesse L. Young (admitted *Pro Hac Vice*)<br>Albert J. Asciutto (admitted *Pro Hac Vice*)<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, 17th Floor<br>Southfield, Michigan 48076<br>Telephone: 248-355-0300<br>kstoops@sommerspc.com<br>jyoung@sommerspc.com<br>aasciutto@sommerspc.com<br><br>*Attorneys for the Plaintiff and the Putative Class Members* | OGLETREE, DEAKINS, NASH, SMOAK<br>  & STEWART, P.C.<br><br>/s/ Brodie W. Herrman<br>Diane M. Saunders     BBO #562872<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>617.994.5700<br>diane.saunders@ogletree.com<br><br>Brodie W. Herrman (admitted *Pro Hac Vice*)<br>Patrick F. Hulla (admitted *Pro Hac Vice*)<br>700 West 75th Street, Suite 500<br>Kansas City, MO  64112<br>816.471.1301<br>816.471.1303 (Facsimile)<br>patrick.hulla@ogletree.com<br>brodie.herrman@ogletree.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2024, a true and accurate copy of the foregoing document was served on Plaintiff's counsel via the Court's ECF system:

>Benjamin Knox Steffans
>Steffans Legal LLC
>10 Wendell Ave Ext, Suite 208
>Pittsfield, MA 01201
>bsteffans@steffanslegal.com
>
>Kevin J. Stoops
>Jesse L. Young
>Albert J. Axciutto
>Sommers Schwartz, P.C.
>One Towne Square, 17th Floor
>Southfield, MI  48076
>kstoops@somerspc.com
>jyoung@sommerspc.com
>aasciutto@sommerspc.com

                                */s/ Brodie W. Herrman*
                                Brodie W. Herrman