IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERTO HERNANDEZ**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**DFA DAIRY BRANDS ICE CREAM, LLC**,<br><br>Defendant. | Case No.: 3:23-cv-10139-MGM<br><br>Honorable Mark G. Mastroianni |

## ORDER APPROVING CLASS ACTION SETTLEMENT

The Court, having reviewed the joint motion for final approval of class settlement agreement (the "Joint Motion"), grants the motion, grants final approval of the settlement, and finds that the settlement is fair, adequate and reasonable. Accordingly,

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED: The Court has jurisdiction over the subject matter of this litigation and over all parties to this action, including the Settlement Class (the "Class Members"), as such term is defined in the Settlement Agreement.

2. The Court has determined that the Notice given to Class Members fully and accurately informed Class Members of all material elements of the proposed settlement, constituted valid, due, and sufficient notice to all Class Members, and satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

3. All participating Class Members are bound by the settlement.

4. Members of the Class who have requested exclusion from the Settlement by properly submitting an Opt-Out Form by the date set by the Court will not release their claims and will not obtain any monetary or other benefits of the Settlement.

1

5. Zero Class Members objected to the Settlement.

6. The following amounts shall be distributed from the Global Settlement Fund:

   a. Attorneys' fees in the amount of $89,000 and litigation expenses in an amount the amount of $5,664.29 to Class Counsel;

   b. Settlement administration fees to Atticus Administration, LLC, in the amount of $11,000.

   c. Class Representative service award to Roberto Hernandez in the amount of $5,000.

7. The Court grants final approval to the settlement of this action in accordance with the terms of the parties' Stipulation of Settlement and Release and finds that the settlement is fair, reasonable, and adequate in all respects.

8. The Court dismisses the action, and all claims and causes of action asserted therein, on the merits and with prejudice, as to all Class Members. This dismissal is without costs to any party, except as specifically provided in the Stipulation of Settlement and Release.

9. Without affecting the finality of this Order in any way, the Court retains jurisdiction over: (a) implementation and enforcement of the Stipulation of Settlement and Release pursuant to further orders of the Court until each and every act agreed to be performed by the parties hereto shall have been performed pursuant to the Stipulation of Settlement and Release; (b) any other action necessary to conclude this settlement and to implement the Stipulation of Settlement and Release; and (c) the enforcement, construction, and interpretation of the Stipulation of Settlement and Release.

10. This Order is not a finding of the validity or invalidity of any claims in this action or a determination of any wrongdoing by Defendant. The final approval of the Stipulation of Settlement and Release does not constitute any opinion, position, or determination of this Court,

one way or the other, as to the merits of the claims and defenses of Defendant or the Class Members.

11. The terms of the Stipulation of Settlement and Release remain binding upon the parties thereto, who are directed to implement its provisions.

Dated: ~~June~~ May 31, 2024.

MARK G. MASTROIANNI
United States District Judge